
conEdison


Working for you 24/7.

**565-569 WARREN LLC**

Your account number: 61-1289-1075-0000-1

Service delivered to: 567 Warren St Plp

Your electric rate: EL2 Small Non-Residential

**Next meter reading date: Thursday, Oct 8, 2015**
Avoid estimated bills - please give us access to read your meter.

## Your billing summary as of Sep 11, 2015

**Your previous charges and payments**

| | |
|---|---|
| Total charges from your last bill | $395.76 |
| Payments through Sep 9, thank you | -$395.76 |
| **Remaining balance** | **None** |

**Your new charges** - details start on page 2
Billing period: Aug 11, 2015 to Sep 10, 2015

| | |
|---|---|
| Esco electricity supply charges - for 30 days | $189.53 |
| Con Edison electricity charges | $225.57 |
| **Total new charges** | **$415.10** |

**Total amount due** — **$415.10**

Payment is due upon receipt of this bill. To avoid a late payment charge of 1.5%, please pay the total amount due by **Oct 5, 2015**.

### Message Center

📌 Join our Direct Payment Plan. Just place an 'X' in the DPP enrollment box on your payment slip when you mail back your payment by check. We'll use your banking information to enroll you in the plan. Then, each month, after you've had time to review your bill, we will automatically deduct your Con Edison bill payment from your checking account. Join Now.

📌 AN OPPORTUNITY TO SAVE Sign up for your free energy survey today. Save energy, save money, help the environment and receive financial incentives on energy-efficient lighting, heating and cooling systems for your business. For more information call 1-877-870-6118, or visit www.coned.com/energyefficiency.

📌 Con Edison's offices will be closed Monday, October 12, in observance of Columbus Day. In the event of an emergency, our call center is available 24 hours a day, every day, including the holiday. However, we will experience very high call volumes on Tuesday, October 13. You can avoid an extended wait by not calling on that day.

📌 YOUR DOLLAR FOR ENERGYSHARE CAN MAKE A DIFFERENCE. If you pay the total amount of this bill and exactly $1.00 more, that dollar will go into the EnergyShare fund sponsored by Con Edison. And, Con Edison matches each contribution. EnergyShare helps eligible residential customers who are struggling to pay their bills with one-time grants of up to $200.

**Contact us** 24 hours a day, 7 days a week

To report a service problem, call 1-800-75-CONED (1-800-752-6633) or visit www.conEd.com

Visit www.conEd.com
For payments, visit www.conEd.com or call 1-888-925-5016

Con Edison
Cooper Station
P.O. Box 138
New York, NY 10276-0138

For other information, call 1-212-243-1900 or 1-800-75-CONED (1-800-752-6633)

Tear or Cut here    Say good-bye to paper bills. Go to www.conEd.com and sign up for e*bills.    Page 1 of 3

---


conEdison

**Payment slip**
Please make checks payable to Consolidated Edison Company of N.Y. Inc.

To avoid a late payment charge of 1.5%, please pay the total amount due by **Oct 5, 2015**.

Your account number: 61-1289-1075-0000-1

Total amount due: $415.10

Amount enclosed: _____

565-569 WARREN LLC
567 Warren Street
Brooklyn NY 11217

JAF STATION
P.O. BOX 1702
NEW YORK, NY 10116-1702

☐ Mark X to enroll in DPP

M79
0022902

6112891075000001  90000041510  90000041510

