# Tenant Ledger

## segal, Hesey

### 2179 East 33rd Street  Bklyn

**Your Company Name**

| Date | Acct | Description | Check # | Charges | Payments | Balance |
|---|---|---|---|---|---|---|
| 11/25/2011 | 4004 | 11/25/2011 2 Points Extention | | $6,000.00 | $0.00 | $6,000.00 |
| 11/28/2011 | 1000 | Payment from segal, Hesey | 1783 | $0.00 | $6,000.00 | $0.00 |
| | | $6,000.00 applied to 11/25/2011 2 Points Extention( 11/25/2011--- Acct 4004 ) | | | | |
| 01/25/2012 | 4003 | January 14% Interest | | $4,023.00 | $0.00 | $4,023.00 |
| 02/10/2012 | 1000 | Payment from segal, Hesey | 2122 | $0.00 | $4,023.00 | $0.00 |
| | | $4,023.00 applied to January 14% Interest( 01/25/2012--- Acct 4003 ) | | | | |
| 02/19/2012 | 1000 | NSF for segal,Hesey | | $0.00 | -$4,023.00 | $4,023.00 |
| | | ($4,023.00) applied to January 14% Interest( 01/25/2012--- Acct 4003 ) | | | | |
| 02/19/2012 | 1000 | Re-deposit Check | 2122 | $0.00 | $4,023.00 | $0.00 |
| | | $4,023.00 applied to January 14% Interest( 01/25/2012--- Acct 4003 ) | | | | |
| 02/19/2012 | 4120 | NSF for segal,Hesey | | $200.00 | $0.00 | $200.00 |
| 02/22/2012 | 1000 | NSF for segal,Hesey | | $0.00 | -$4,023.00 | $4,223.00 |
| | | ($4,023.00) applied to January 14% Interest( 01/25/2012--- Acct 4003 ) | | | | |
| 02/22/2012 | 4120 | NSF for segal,Hesey | | $200.00 | $0.00 | $4,423.00 |
| 02/25/2012 | 4003 | February 14% Interest | | $4,023.00 | $0.00 | $8,446.00 |
| 02/27/2012 | 1000 | Wired Money | Wired Money | $0.00 | $20,778.00 | -$12,332.00 |
| | | $4,023.00 applied to January 14% Interest( 01/25/2012--- Acct 4003 ) | | | | |
| | | $200.00 applied to NSF for segal,Hesey( 02/19/2012--- Acct 4120 ) | | | | |
| | | $200.00 applied to NSF for segal,Hesey( 02/22/2012--- Acct 4120 ) | | | | |
| | | $4,023.00 applied to February 14% Interest( 02/25/2012--- Acct 4003 ) | | | | |
| | | $4,023.00 applied to March 14% Interest( 03/25/2012--- Acct 4003 ) | | | | |
| | | $200.00 applied to NSF for segal,Hesey( 03/30/2012--- Acct 4120 ) | | | | |
| | | $4,023.00 applied to April 14% Interest( 04/25/2012--- Acct 4003 ) | | | | |
| | | $4,023.00 applied to May 14% Interest( 05/25/2012--- Acct 4003 ) | | | | |
| | | $63.00 applied to June 14% Interest( 06/25/2012--- Acct 4003 ) | | | | |
| 03/25/2012 | 4003 | March 14% Interest | | $4,023.00 | $0.00 | -$8,309.00 |
| 03/26/2012 | 1000 | $27,253 is part from a Check from $54,253 | 1893 | $0.00 | $27,253.00 | -$35,562.00 |
| | | $3,360.00 applied to June 14% Interest( 06/25/2012--- Acct 4003 ) | | | | |
| | | $4,023.00 applied to July 14% Interest( 07/25/2012--- Acct 4003 ) | | | | |
| | | $4,023.00 applied to August 14% Interest( 08/25/2012--- Acct 4003 ) | | | | |
| | | $4,023.00 applied to September 14% Interest( 09/25/2012--- Acct 4003 ) | | | | |
| | | $4,023.00 applied to October 14% Interest( 10/25/2012--- Acct 4003 ) | | | | |
| | | $4,023.00 applied to November 14% Interest( 11/25/2012--- Acct 4003 ) | | | | |
| | | $3,778.00 applied to December 14% Interest( 12/25/2012--- Acct 4003 ) | | | | |
| 03/30/2012 | 1000 | NSF for segal,Hesey | | $0.00 | -$27,253.00 | -$8,309.00 |
| | | ($3,360.00) applied to June 14% Interest( 06/25/2012--- Acct 4003 ) | | | | |
| | | ($4,023.00) applied to July 14% Interest( 07/25/2012--- Acct 4003 ) | | | | |
| | | ($4,023.00) applied to August 14% Interest( 08/25/2012--- Acct 4003 ) | | | | |
| | | ($4,023.00) applied to September 14% Interest( 09/25/2012--- Acct 4003 ) | | | | |
| | | ($4,023.00) applied to October 14% Interest( 10/25/2012--- Acct 4003 ) | | | | |
| | | ($4,023.00) applied to November 14% Interest( 11/25/2012--- Acct 4003 ) | | | | |
| | | ($3,778.00) applied to December 14% Interest( 12/25/2012--- Acct 4003 ) | | | | |

## Tenant Ledger

### segal, Hesey

### 2179 East 33rd Street Bklyn

### Your Company Name

| Date | Acct | Description | Check # | Charges | Payments | Balance |
|---|---|---|---|---|---|---|
| 03/30/2012 | 4120 | NSF for segal,Hesey | | $200.00 | $0.00 | -$8,109.00 |
| 04/02/2012 | 1000 | Re-deposit check $27,253 is part from a Check  1893 | | $0.00 | $27,253.00 | -$35,362.00 |
| | | $3,960.00 applied to June 14% Interest( 06/25/2012--- Acct 4003 ) | | | | |
| | | $4,023.00 applied to July 14% Interest( 07/25/2012--- Acct 4003 ) | | | | |
| | | $4,023.00 applied to August 14% Interest( 08/25/2012--- Acct 4003 ) | | | | |
| | | $4,023.00 applied to September 14% Interest( 09/25/2012--- Acct 4003 ) | | | | |
| | | $4,023.00 applied to October 14% Interest( 10/25/2012--- Acct 4003 ) | | | | |
| | | $4,023.00 applied to November 14% Interest( 11/25/2012--- Acct 4003 ) | | | | |
| | | $3,178.00 applied to December 14% Interest( 12/25/2012--- Acct 4003 ) | | | | |
| 04/03/2012 | 1000 | NSF for segal,Hesey | | $0.00 | -$27,253.00 | -$8,109.00 |
| | | ($3,178.00) applied to December 14% Interest( 12/25/2012--- Acct 4003 ) | | | | |
| | | ($3,960.00) applied to June 14% Interest( 06/25/2012--- Acct 4003 ) | | | | |
| | | ($4,023.00) applied to July 14% Interest( 07/25/2012--- Acct 4003 ) | | | | |
| | | ($4,023.00) applied to August 14% Interest( 08/25/2012--- Acct 4003 ) | | | | |
| | | ($4,023.00) applied to September 14% Interest( 09/25/2012--- Acct 4003 ) | | | | |
| | | ($4,023.00) applied to October 14% Interest( 10/25/2012--- Acct 4003 ) | | | | |
| | | ($4,023.00) applied to November 14% Interest( 11/25/2012--- Acct 4003 ) | | | | |
| 04/03/2012 | 4120 | NSF for segal,Hesey | | $200.00 | $0.00 | -$7,909.00 |
| 04/04/2012 | 1000 | $27,253 is part from a Check from $54,283 | 002102 | $0.00 | $27,253.00 | -$35,162.00 |
| | | $200.00 applied to NSF for segal,Hesey( 04/03/2012--- Acct 4120 ) | | | | |
| | | $3,960.00 applied to June 14% Interest( 06/25/2012--- Acct 4003 ) | | | | |
| | | $4,023.00 applied to July 14% Interest( 07/25/2012--- Acct 4003 ) | | | | |
| | | $4,023.00 applied to August 14% Interest( 08/25/2012--- Acct 4003 ) | | | | |
| | | $4,023.00 applied to September 14% Interest( 09/25/2012--- Acct 4003 ) | | | | |
| | | $4,023.00 applied to October 14% Interest( 10/25/2012--- Acct 4003 ) | | | | |
| | | $4,023.00 applied to November 14% Interest( 11/25/2012--- Acct 4003 ) | | | | |
| | | $2,978.00 applied to December 14% Interest( 12/25/2012--- Acct 4003 ) | | | | |
| 04/25/2012 | 4003 | April 14% Interest | | $4,023.00 | $0.00 | -$31,139.00 |
| 05/25/2012 | 4003 | May 14% Interest | | $4,023.00 | $0.00 | -$27,116.00 |
| 06/25/2012 | 4003 | June 14% Interest | | $4,023.00 | $0.00 | -$23,093.00 |
| 07/25/2012 | 4003 | July 14% Interest | | $4,023.00 | $0.00 | -$19,070.00 |
| 08/25/2012 | 4003 | August 14% Interest | | $4,023.00 | $0.00 | -$15,047.00 |
| 09/25/2012 | 4003 | September 14% Interest | | $4,023.00 | $0.00 | -$11,024.00 |
| 10/25/2012 | 4003 | October 14% Interest | | $4,023.00 | $0.00 | -$7,001.00 |
| 11/25/2012 | 4003 | November 14% Interest | | $4,023.00 | $0.00 | -$2,978.00 |
| 12/25/2012 | 4003 | December 14% Interest | | $4,023.00 | $0.00 | $1,045.00 |
| 01/21/2013 | 1000 | Payment from segal, Hesey | 2211 | $0.00 | $30,138.00 | -$29,093.00 |
| | | $6,000.00 applied to 01/24/2013 2 Points Extention( 01/24/2013--- Acct 4004 ) | | | | |
| | | $4,023.00 applied to January 14% Interest( 01/25/2013--- Acct 4003 ) | | | | |
| | | $4,023.00 applied to February 14% Interest( 02/25/2013--- Acct 4003 ) | | | | |
| | | $4,023.00 applied to March 14% Interest( 03/25/2013--- Acct 4003 ) | | | | |
| | | $4,023.00 applied to April 14% Interest( 04/25/2013--- Acct 4003 ) | | | | |
| | | $4,023.00 applied to May 14% Interest( 05/25/2013--- Acct 4003 ) | | | | |

Printed: 12/23/2015 2:59:58 PM                                                                                   Page   3   Of   4

# Tenant Ledger
## segal, Hesey
### 2179 East 33rd Street  Bklyn

**Your Company Name**

| Date | Acct | Description | Check # | Charges | Payments | Balance |
|---|---|---|---|---|---|---|
| | | $4,023.00 applied to June 14% Interest( 06/25/2013--- Acct 4003 ) | | | | |
| 01/24/2013 | 4004 | 01/24/2013 2 Points Extention | | $6,000.00 | $0.00 | -$23,093.00 |
| 01/25/2013 | 4003 | January 14% Interest | | $4,023.00 | $0.00 | -$19,070.00 |
| 01/31/2013 | 1000 | NSF for segal,Hesey | | $0.00 | -$30,138.00 | $11,068.00 |
| | | ($6,000.00) applied to 01/24/2013 2 Points Extention( 01/24/2013--- Acct 4004 ) | | | | |
| | | ($4,023.00) applied to January 14% Interest( 01/25/2013--- Acct 4003 ) | | | | |
| | | ($4,023.00) applied to February 14% Interest( 02/25/2013--- Acct 4003 ) | | | | |
| | | ($4,023.00) applied to March 14% Interest( 03/25/2013--- Acct 4003 ) | | | | |
| | | ($4,023.00) applied to April 14% Interest( 04/25/2013--- Acct 4003 ) | | | | |
| | | ($4,023.00) applied to May 14% Interest( 05/25/2013--- Acct 4003 ) | | | | |
| | | ($4,023.00) applied to June 14% Interest( 06/25/2013--- Acct 4003 ) | | | | |
| 01/31/2013 | 1000 | Payment from segal, Hesey | Cash | $0.00 | $30,138.00 | -$19,070.00 |
| | | $1,045.00 applied to December 14% Interest( 12/25/2012--- Acct 4003 ) | | | | |
| | | $6,000.00 applied to 01/24/2013 2 Points Extention( 01/24/2013--- Acct 4004 ) | | | | |
| | | $4,023.00 applied to January 14% Interest( 01/25/2013--- Acct 4003 ) | | | | |
| | | $4,023.00 applied to February 14% Interest( 02/25/2013--- Acct 4003 ) | | | | |
| | | $4,023.00 applied to March 14% Interest( 03/25/2013--- Acct 4003 ) | | | | |
| | | $4,023.00 applied to April 14% Interest( 04/25/2013--- Acct 4003 ) | | | | |
| | | $4,023.00 applied to May 14% Interest( 05/25/2013--- Acct 4003 ) | | | | |
| | | $2,978.00 applied to June 14% Interest( 06/25/2013--- Acct 4003 ) | | | | |
| 01/31/2013 | 4120 | NSF for segal,Hesey | | $200.00 | $0.00 | -$18,870.00 |
| 02/05/2013 | 4120 | NSF Fee Income | | $200.00 | $0.00 | -$18,670.00 |
| 02/25/2013 | 4003 | February 14% Interest | | $4,023.00 | $0.00 | -$14,647.00 |
| 03/25/2013 | 4003 | March 14% Interest | | $4,023.00 | $0.00 | -$10,624.00 |
| 04/25/2013 | 4003 | April 14% Interest | | $4,023.00 | $0.00 | -$6,601.00 |
| 05/25/2013 | 4003 | May 14% Interest | | $4,023.00 | $0.00 | -$2,578.00 |
| 06/25/2013 | 4003 | June 14% Interest | | $4,023.00 | $0.00 | $1,445.00 |
| 07/24/2013 | 4002 | 07/24/2013 Principal | | $344,800.00 | $0.00 | $346,245.00 |
| 07/24/2013 | 4030 | Extension From 7/24/13 to 8/15/13 | | $8,000.00 | $0.00 | $354,245.00 |
| 08/01/2013 | 1000 | Extension From 7/24/13 to 8/15/13 | Cash | $0.00 | $8,000.00 | $346,245.00 |
| | | $8,000.00 applied to Extension From 7/24/13 to 8/15/13( 07/24/2013--- Acct 4030 ) | | | | |
| 08/25/2013 | 4003 | August 14% Interest | | $4,023.00 | $0.00 | $350,268.00 |
| 08/29/2013 | 1000 | Closing | | $0.00 | $267,033.33 | $83,234.67 |
| | | $200.00 applied to NSF for segal,Hesey( 01/31/2013--- Acct 4120 ) | | | | |
| | | $200.00 applied to NSF Fee Income( 02/05/2013--- Acct 4120 ) | | | | |
| | | $1,045.00 applied to June 14% Interest( 06/25/2013--- Acct 4003 ) | | | | |
| | | $261,565.33 applied to 07/24/2013 Principal( 07/24/2013--- Acct 4002 ) | | | | |
| | | $4,023.00 applied to August 14% Interest( 08/25/2013--- Acct 4003 ) | | | | |
| 08/29/2013 | 1000 | Payment from segal, Hesey | Cash | $0.00 | $38,234.67 | $45,000.00 |
| | | $38,234.67 applied to 07/24/2013 Principal( 07/24/2013--- Acct 4002 ) | | | | |
| 10/18/2013 | 1000 | From Izidor Mikhli Attorney Trust Account | 1798 | $0.00 | $45,000.00 | $0.00 |
| | | $45,000.00 applied to 07/24/2013 Principal( 07/24/2013--- Acct 4002 ) | | | | |