# CLOSING STATEMENT
## 2179 EAST 33RD STREET
## BROOKLYN, NEW YORK 11234

**SELLER:** CHARISSE A. MOBILIA

**PURCHASER:** EAGLE PARK HOLDING, LLC

**CLOSING DATE:** JANUARY 25, 2011

### ADJUSTMENTS AS OF MIDNIGHT JANUARY 24, 2011

|  | Credit Seller | Credit Purchaser |
|---|---|---|
| Purchase Price | $366,500.00 | |
| Deposit | | $18,500.00 |
| Non-Disclosure Credit | | $500.00 |
| **Total Credits** | **$366,500.00** | **$19,000.00** |
|  | ($19,000.00) | |
| **Net Due Seller** | **$347,500.00** | |

### PAYMENT

The balance of the purchase price was paid as follows:

1. Cashier's Check of JP Morgan Chase Bank made payable to the order of Wells Fargo Bank......$54,291.00

2. Cashier's Check of JP Morgan Chase Bank made payable to the order of Wells Fargo Bank......$92,982.85

3. Cashier's Check of JP Morgan Chase Bank made payable to the order of Decker & Decker, as attorneys......$20,935.00

4. Cashier's Check of JP Morgan Chase Bank made payable to the order James J. Miles......$39,291.15

5. Cashier's Check of JP Morgan Chase Bank made payable to the order Charisse Mobilia......$140,000.00

TOTAL......$347,500.00

### DISBURSEMENTS FROM FRIDMAN SAKS LLP ESCROW ($25,700.00) – PAID OUT OF PROCEEDS FROM MARCY AVENUE CLOSINGS

1. Decker & Decker, as attorneys (Purchase Price Adjustment) ..................$590.00 ✓
2. Steven Decker (Seller's Legal Fee) ...............................................$1,500.00 ✓
3. Capital Abstract Co. (Title Bill).....................................................$7,906.69 ✓
4. Chaim Mendlowitz. (Title Closer)....................................................$250.00 ✓
5. Charles Mandelbaun (Segal's Legal Fee)........................................$3,000.00 ✓
6. Fridman Saks LLP (Purchaser's Legal fee) .....................................$2,000.00 ✓
7. Omega Venture Capital ...............................................................$11,253.31 ✓
8. Reimbursement for LLC formation ................................................($800.00)

**TOTAL**................................................................................................**$25,700.00**

### SCHEDULE OF DOCUMENTS

1. Deed
2. Smoke Detector Affidavit
3. Water and Sewer Registration
4. NYC Transfer Tax Return
5. NYS Transfer Tax Return (TP-584)
6. Real Property Transfer Report (RP-5217)
7. Owner's Policy of Title Insurance
8. Marked-up Title Report
9. Title Bill
10. Option Agreement
11. House Lease and Rider
12. Copies of Checks

Respectfully submitted,

**FRIDMAN SAKS LLP**
1795 Coney Island Avenue
Brooklyn, New York 11230