UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                                                  :
                                                                                            :   Chapter 7
HERMAN SEGAL,                                                          :
                                                                                            :   Case No. 13-45519 (NHL)
                              Debtor.                                           :
-----------------------------------------------------------------x
RICHARD E. O'CONNELL, as Chapter 7 Trustee    :
of the Estate of Herman Segal,                                       :
                                                                                            :
                              Plaintiff,                                           :
                                                                                            :
         -against-                                                                  :   Adv. Pro. No. 15-01135
                                                                                            :
567 WARREN ST LLC, 565 WARREN ST. LLC,     :
OMEGA CAPITAL SMALL CAP FUND LTD,             :
OMEGA VENTURE CAPITAL LTD., OMEGA           :
VENTURE CAPITAL II LLC, OMEGA                       :
VENTURE CAPITAL III LLC, OMEGA                      :
VENTURE CAPITAL IV LLC, OMEGA                      :
VENTURE CAPITAL V LLC, OMEGA                       :
VENTURE CAPITAL VI LLC, CORNEGA               :
ROCKAWAY HOLDINGS LLC, PENNS                    :
LANDING OMEGA CORP., CENTURION               :
SETTLEMENTS, LLC, a/k/a CENTURION             :
SETTLEMENTS LTD., and JOHN AND JANE       :
DOE CORPORATIONS,                                              :
                                                                                            :
                              Defendant(s).                                   :
-----------------------------------------------------------------x

### FOURTH STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

WHEREAS, an adversary complaint was filed by Richard E. O'Connell (the "Trustee"), as Chapter 7 Trustee of the estate of Herman Segal (the "Debtor") on September 9, 2015 (the "Complaint") [Adv. Pro. Docket No. 1]; and

WHEREAS, this Court issued a summons on September 10, 2015 (the "Summons"); and

WHEREAS, pursuant to the Summons, an answer or other response to the Complaint was to be filed no later than October 13, 2015; and

WHEREAS, an amended adversary complaint was filed by the Trustee on September 10, 2015 (the "<u>Amended Complaint</u>"); and

WHEREAS, this Court issued an amended summons on September 14, 2015 (the "<u>Amended Summons</u>"); and

WHEREAS, pursuant to the Amended Summons, an answer or other response to the Amended Complaint was to be filed no later than October 14, 2015;

WHEREAS, pursuant to a stipulation executed by the Trustee and Defendant Omega Venture Capital V LLC (the "<u>Defendant</u>"), the deadline to file an answer or other response to the Amended Complaint was extended until November 13, 2015 (the "<u>Initial Deadline</u>").

WHEREAS, pursuant to a second stipulation executed by the Trustee and the Defendant, the deadline to file an answer or other response to the Amended Complaint was extended until December 16, 2015 (the "<u>Second Deadline</u>").

WHEREAS, pursuant to a third stipulation executed by the Trustee and the Defendant, the deadline to file an answer or other response to the Amended Complaint was extended until January 15, 2016 (the "<u>Third Deadline</u>").

**NOW, THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS**:

1. The time for Defendant to answer or otherwise respond to the Amended Complaint is extended through and including <u>February 16, 2016</u> without prejudice to any further extensions

of time as may be agreed upon between the parties or sought by Defendant upon motion on notice to this Court.

2.　This stipulation may be executed in one or more counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

3.　Any signature delivered by a party via electronic transmission shall be deemed an original signature hereto.

| Dated: New York, New York<br>January 11, 2016 | Dated: New York, New York<br>January 11, 2016 |
|---|---|
| **LAW OFFICE OF RACHEL S. BLUMENFELD** | **KLESTADT WINTERS, JURELLER SOUTHARD & STEVENS, LLP** |
| By: */s/Rachel S. Blumenfeld*<br>Rachel S. Blumenfeld<br>26 Court Street, Suite 2220<br>Brooklyn, New York 11242<br>Tel: (718) 858-9600 | By: */s/Christopher Reilly*<br>Fred Stevens<br>Christopher Reilly<br>200 West 41st Street, 17th Floor<br>New York, New York 10036-7203<br>Tel: (212) 972-3000 |
| *Counsel to Omega Venture Capital V, LLC* | *Counsel to Plaintiff Richard E. O'Connell, as Chapter 7 Trustee of the Estate of Herman Segal* |

**"SO ORDERED"**



Dated: January 15, 2016
Brooklyn, New York

**Nancy Hershey Lord
United States Bankruptcy Judge**